NERESHEIMER, Respondent, v. SMYTH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by E. August Neresheimer against Thomas A. Smyth and others. No opinion. Motion for leave to appeal to the court of appeals allowed, and questions certified and filed with the clerk. See 55 N. Y. Supp. 1144.

In re NEW PALTZ & W. V. R. CO. (Supreme Court, Appellate Division, First Department. June 23, 1899.) In the matter of the New Paltz & Walkill Valley Railroad Company. C. Strauss, for appellant. J. McKeen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 247.

NICHOLSON, Appellant, v. GROSSMAN, Respondent. (Supreme Court, Appellate Term. June 28, 1899.) Action by Edward Nicholson against George Grossman. Judgment for defendant, and plaintiff appeals. Affirmed. Wendel & Robeson, for appellant. Rosendale & Dood, for respondent.

PER CURIAM. Judgment affirmed, with costs.

In re NISHVIZER VEREINIGTE BRUDER et al. (Supreme Court, Appellate Division, First Department. June 30, 1899.) In the matter of the Nishvizer Vereinigte Bruder and another. A. H. Sarasohn, for appellant. A. D. Lind, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

OBERGLOCK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by Gotthold Oberglock against the Nassau Electric Railroad Company. No opinion. Judgment and order affirmed, with costs.

O'CONNELL, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by James O'Connell against John T. Clark and William Clark. No opinion. Order modified, so as to prescribe, as a condition for service of the amended complaint, payment of all the costs of the action up to the time of the application for leave to serve such complaint, without costs of this appeal to either party. See 48 N. Y. Supp. 74.

PASTERNACK, Respondent, v. WEISS, Appellant. (City Court of New York, General Term. June 29, 1899.) Action by Israel Pasternack against Hannah Weiss, as administratrix. From a judgment in favor of plaintiff, defendant appealed. Affirmed. Albert J. Weise, for appellant. Samuel I. Frankenstein, for respondent.

HASCALL, J. Only questions of law are involved in this appeal, and no facts can be considered by this court. As to the amount of damages, if found to be excessive, we might, as a matter of law, consider the determination of the jury; but, as the case stands, the verdict should not be disturbed, as there is sufficient evidence to sustain it against all points raised by the appellant in her well-considered brief. Judgment appealed from affirmed, with costs.

PATTERSON, Respondent, v. McGOVERN, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by Thomas G. Patterson against John P. McGovern. H. F. Andrews, for appellant. P. M. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. CONNELLY, Appellant. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Proceedings by the people against James Connelly. No opinion. Judgment affirmed, on argument.

PEOPLE, Respondent, v. IVES, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Proceedings by the people against Frank C. Ives. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. BOYD, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Proceedings by the people, on the relation of Charles M. Boyd, against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. FLAHERTY v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Proceedings by the people, on the relation of John F. Flaherty, against Theodore Roosevelt and others. No opinion. Motion denied.

PEOPLE ex rel. GEAR v. DALTON. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Proceedings by the people, on the relation of Alonzo S. Gear, against William Dalton, commissioner. No opinion. Motion denied.

PEOPLE ex rel. HERRICK, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Proceedings by the people, on the relation of John J. Herrick, against Thomas L. Feitner and others. S. H. Ordway, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with costs, on the opinion in People v. Dalton, 158 N. Y. 175, 52 N. E. 1113. See 57 N. Y. Supp. 807.